IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAVID T. RUSSELL,

        Plaintiff,

vs.

EDWARD R. ANDERSON,

        Defendant.

**4:17CV3085**

**ORDER**

A telephone conference was held on May 8, 2018. Following discussion with counsel,

**IT IS ORDERED:**

1. Plaintiff shall disclose all medical providers not previously disclosed within five (5) days of this Order. Plaintiff shall provide a certification that the list is full and complete to the best of Plaintiff's knowledge and belief.

2. Plaintiff shall provide Defendant's counsel with the bates numbers of previously produced medical records. Plaintiff shall do so within five (5) days of this Order.

3. Plaintiff shall review his social media accounts and determine what social media information is available for production. Plaintiff shall complete this review within fourteen (14) days of this Order, and confer with Defendant's counsel regarding production of this information.

4. Plaintiff shall produce the lien information as requested.

5. The parties indicated that the other issues presented to the Court could be resolved by the parties. Therefore, the parties shall meet and confer to resolve the remaining discovery issues.

Dated this 8th day of May, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge