IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID T. RUSSELL, | ) | |
| | ) | Case No. 4:17CV3085 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER ON FINAL PRETRIAL |
| | ) | CONFERENCE |
| EDWARD R. ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

A final pretrial conference was held on the 28th day of February 2019.

Appearing for the parties as counsel were:

> Michael P. Healy
> The Healy Law Firm, LLC
> 3640 NE Ralph Powell Road
> Lee's Summit, MO 64064
> Appearing for Plaintiff David T. Russell

> Tanya J. Hansen
> Smith, Johnson, Baack, Placzek,
> Allen, Connick & Hansen
> 104 N. Wheeler Ave.
> Grand Island, NE 68801
> Appearing for Defendant Edward R. Anderson

**(A)** **Exhibits**.   See attached Joint Exhibit List.

**(B)** **Uncontroverted Facts**.   The parties cannot agree on a statement of

uncontroverted facts. The plaintiff suggests using language chosen by Judge Kopf in his

order granting summary judgment as follows, to which Defendant objects:

1.     On August 9, 2013, Defendant was driving his automobile northbound on

Highway 281 in Greeley County, Nebraska, while Plaintiff was driving his motorcycle

southbound. At that time and place, there was a collision between Plaintiff and

Defendant.

1

2.      At the time and place of the collision, Plaintiff was driving his motorcycle on the right-hand side of the southbound lane.

3.      Shortly before the collision, defendant crossed the center line by seven feet; and in doing so, defendant was negligent.

4.      Plaintiff's motorcycle was totaled as a result of the crash.

Defendant believes the following are the uncontroverted facts, to which Plaintiff objects, as follows:

1.      On August 9, 2013, at approximately 9:30 p.m., Plaintiff was operating a 2012 Harley Davidson motorcycle in a southerly direction on Highway 281 in Greeley County Nebraska.   At said time and place, Defendant was operating a 2000 Pontiac Grand Prix in a northerly direction on Highway 281, when an accident occurred between the two vehicles.

2.      At the time and place of the accident, there were no white line markings along the side of the road due to road work being done on Highway 281.

**(C)      Controverted and Unresolved Issues**.   The issues remaining to be determined and unresolved matters for the court's attention are:

1.      Whether Plaintiff failed to take reasonable steps to minimize his alleged damages. Plaintiff objects to this claim because defendant has never disclosed what injuries or damages could have been avoided;

2.      Whether Plaintiff was contributorily negligent in causing the accident. Plaintiff objects to this claim because defendant has never disclosed what act or omission defendant claims was negligent; and

3.      The nature and extent of the injuries and damages caused to Plaintiff.

Pursuant to NECivR 16.2(a)(2)(C)(i) Plaintiff claims special damages of $ 227,387.30

for past medical expenses incurred as a result of the collision, and $80,000.00 for future

medical expenses incurred as a result of the collision for a total amount of $307,387.30.

Plaintiff also claims that the injuries to his neck, back and shoulder are permanent,

progressive and will require future treatments.

(D)     **Witnesses**.  All witnesses, including rebuttal witnesses, expected to be

called to testify by Plaintiff, except those who may be called for impeachment purposes

as defined in NECivR 16.2(c) only, are:

1.      Garret Sherman
        11302 W. 247th St.
        Bucyrus, KS 66013
        He resides more than 100 miles from the Courthouse and outside
        the District of Nebraska. Plaintiff filed deposition designations (Doc.
        66) to be read at trial.

2.      Nick Hargis
        1024 W. Forest Dr.
        Olathe, KS 66061
        He resides more than 100 miles from the Courthouse and outside
        the District of Nebraska. Plaintiff filed deposition designations (Doc.
        66) to be read at trial.

3.      Bob Gresham
        907 Trailway Dr.
        Raymore, MO 64083
        He resides more than 100 miles from the Courthouse and outside
        the District of Nebraska. He is expected to appear live at trial.

4.      Stephanie Heigel
        203 Cherokee Dr.
        Belton, MO 64012
        She resides more than 100 miles from the Courthouse and outside
        the District of Nebraska. She is expected to appear live at trial.

5. Mike Wilson
20805 S. Dean Rd.
Belton, MO 64012
He resides more than 100 miles from the Courthouse and outside
the District of Nebraska. He is expected to appear live at trial.

6. David Russell (the Plaintiff)
608 Fairway Rd.
Belton, MO 64012
He resides more than 100 miles from the Courthouse and outside
the District of Nebraska. He is expected to appear live at trial.

7. Truett Swaim, M.D.
11704 Canterbury
Leawood, KS 66211
He resides more than 100 miles from the Courthouse and outside
the District of Nebraska. He is expected to appear live at trial.

The witnesses Plaintiff may call if the need arises are:

8. Edward R. Anderson (the Defendant)
81202 498th Avenue
Greeley, NE 68842
He resides more than 100 miles from the Courthouse but within the
District of Nebraska. He is expected to appear live at trial.

9. Jim Anderson
81202 498th Avenue
Greeley, NE 68842
He resides more than 100 miles from the Courthouse but within the
District of Nebraska. He is expected to appear live at trial, but
Plaintiff has filed deposition designations which he may read at trial.

10. David Weeks
Greeley County Sheriff's Office
PO Box 248
Greeley, NE 68842
He resides more than 100 miles from the Courthouse but within the
District of Nebraska. He is expected to appear live at trial, but
Plaintiff has filed deposition designations which he may read at trial.

11. Any necessary rebuttal or impeachment witnesses

All witnesses expected to be called to testify by Defendant, except those who

may be called for impeachment purposes as defined in NECivR 16.2(c) only, are:

4

1. David T. Russell
   608 Fairway Rd.
   Belton, MO 64012

2. Edward R. Anderson
   81202 498th Avenue
   Greeley, NE 68842

3. James Anderson
   81202 498th Avenue
   Greeley, NE 68842
   Live or by deposition

4. Officer David Weeks
   Greeley County Sheriff's Office
   PO Box 248
   Greeley, NE 68842
   Live or by deposition

5. Garret Sherman
   11302 W. 247th St.
   Bucyrus, KS 66013
   By deposition

6. Nick Hargis
   1024 W. Forest Dr.
   Olathe, KS 66061
   By deposition

All of Plaintiff's witnesses

Any necessary rebuttal or impeachment witnesses

**(E)** **Expert Witnesses' Qualifications**.    Experts to be called by Plaintiff

and their qualifications are:

1. Truett Swaim, M.D.
   11704 Canterbury
   Leawood, KS 66211

   See attached Curriculum Vitae

Defendant does not anticipate calling any expert witnesses.

**(F)    Voir Dire**.    Counsel have reviewed Federal Rule of Civil Procedure 47(a) and NECivR 47.2(a) and suggest the following with regard to the conduct of juror examination: Counsel prefer to conduct Voir Dire entirely. If the Court permits that, counsel request two hours each for Voir Dire. If the Court conducts its standard Voir Dire, then both counsel request 40 minutes of additional Voir Dire instead of the normal 20 minutes.

**(G)    Number of Jurors**.  Counsel have reviewed Federal Rule of Civil Procedure 48 and NECivR 48.1 and suggest that this matter be tried to a jury composed of 12 members.

**(H)    Verdict.**   The parties will stipulate to a less-than-unanimous verdict.   The parties' stipulation is: 10 of 12 jurors is sufficient.  If the jury is composed of less than 12 members then the parties will not consent to a less-than-unanimous verdict.

**(I)    Briefs, Instructions, and Proposed Findings**.  Counsel have reviewed NECivR 39.2(a), 51.1(a), and 52.1, and suggest the following schedule for filing trial briefs, proposed jury instructions, and proposed findings of fact, as applicable:

1.    Trial briefs shall be delivered to the Judge at least five (5) working days before the first day of trial.

2.    Proposed jury instructions shall be delivered to the Judge at least five business (5) days before the first day of trial.

3.    Neither party requests that the Court issue findings of fact in this jury tried case.

**(J)    Length of Trial.**  Counsel estimate the length of trial will consume not less than two days, and not more than five days, and probably about four days.

**(K)   Trial Date**:   Trial is set for May 13-16, 2019.

**(L)   Other.** The plaintiff has already made deposition designations. Defendant shall have counter-designations and objections to plaintiff's designations by March 15, 2019, and plaintiff shall file objections to defendant's counter-designations by March 29, 2019.

**(M) Electronic Devices:**  Sonya Healy, paralegal of the Healy Law Firm, LLC, 3640 NE Ralph Powell Road, Lee's Summit, MO 64064, shall be allowed to bring in electronic devices into the courthouse/courtroom from May 13, 2019 to May 16, 2019.

/s/ Michael P. Healy
(D.Ne Admission granted)
THE HEALY LAW FIRM, LLC
3640 NE Ralph Powell Road
Lee's Summit, Missouri 64064
Telephone: 816/472-8800
Telecopier: 816/472-8803
E-mail: mphealy@healylawyers.com
Attorneys for Plaintiff

s/ Tanya J. Hansen
Bar Number: 23306
Attorney for Defendant
SMITH, JOHNSON, BAACK, PLACZEK,
ALLEN, CONNICK & HANSEN
104 N. Wheeler Avenue
Grand Island, NE  68801
Telephone: (308) 382-1930
Fax: (308) 382-5521
Email: thansen@gilawfirm.com
Attorneys for Defendant

BY THE COURT:

Susan M Bazis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAVID T. RUSSELL,                )
                         )       Case No. 4:17CV3085
             Plaintiff,       )
                         )       JOINT EXHIBIT LIST
        vs.                 )
                         )
EDWARD R. ANDERSON,     )
                         )
            Defendant.     )

Trial Date(s):   March 25 – March 28, 2019

EXHIBIT NO.

| PLF | DF | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|-----|-----|-------------|-----|-----|------|----------|------|
| 1 | | Accident Report (Edward Anderson Depo Exhibit 1) | | H | | | |
| 2 | | Google Map Photo (Edward Anderson Depo Exhibit 2) | | | | | |
| 3 | | Google Map Photo (Edward Anderson Depo Exhibit 3) | | | | | |
| 4 | | Google Map Photo (Edward Anderson Depo Exhibit 4) | | | | | |
| 5 | | Google Map Photo (Edward Anderson Depo Exhibit 5) | | | | | |
| 6 | | Google Map Photo (Edward Anderson Depo Exhibit 6) | | | | | |
| 7 | | Photograph of Anderson's Vehicle (Edward Anderson Depo Exhibit 7) | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | | Photograph of Anderson's Vehicle-closer photo of the front part of the wheel well (Edward Anderson Depo Exhibit 8) | | | | |
| 9 | | Photograph of Anderson's Vehicle (Edward Anderson Depo Exhibit 9) | | | | |
| 10 | | Photograph of Anderson's Vehicle-close-ups of damage to Anderson's Vehicle (Edward Anderson Depo Exhibit 10) | | | | |
| 11 | | Photograph of Anderson's Vehicle-close-ups of damage to Anderson's Vehicle (Edward Anderson Depo Exhibit 11) | | | | |
| 12 | | Photograph of the scene of the accident (Russell Depo Exhibit 12) | | | | |
| 12A | | Photograph of the scene of the accident (Russell Depo Exhibit 12) | | | | |
| 12B | | Photograph of the scene of the accident (Russell Depo Exhibit 12) | | | | |
| 12C | | Photograph of the scene of the accident (Russell Depo Exhibit 12) | | | | |
| 12D | | Photograph of the scene of the accident (Russell Depo Exhibit 12) | | | | |
| 12E | | Photograph of the scene of the accident (Russell Depo Exhibit 12) | | | | |
| 12F | | Photograph of the scene of the accident (Russell Depo Exhibit 12) | | | | |
| 12G | | Photograph of the scene of the accident (Russell Depo Exhibit 12) | | | | |
| 13 | | Photograph of damage to full (rider's) right side of the bike; custom paint job on | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | fuel tank and exhaust (Russell Depo Exhibit 13) | | | | | |
| 13A | | Photograph of damage to rear of bike with upper storage compartment removed; custom paint job (Russell Depo Exhibit 13) | | | | | |
| 13B | | Photograph of damage to full (rider's) left side of the bike with upper storage compartment removed; custom paint job (Russell Depo Exhibit 13) | | | | | |
| 13C | | Photograph of damage to front of the bike, including custom wheel and brake rotor; custom paint job (Russell Depo Exhibit 13) | | | | | |
| 13D | | Photograph of damage to windshield/fairing; custom paint job (Russell Depo Exhibit 13) | | | | | |
| 13E | | Photograph of speed-ometer and odometer on bike (Russell Depo Exhibit 13) | | | | | |
| 13F | | Photograph of damage to front of the bike-closer picture including front fender, crash bars, and front fork suspension; custom paint job (Russell Depo Exhibit 13) | | | | | |
| 13G | | Photograph of damage to back (rider's) left portion of the bike; custom paint job-Blurry (Russell Depo Exhibit 13) | | | | | |
| 13H | | Photograph of damage to full (rider's) left side of the bike; custom paint job-Blurry (Russell Depo Exhibit 13) | | | | | |
| 13I | | Photograph of damage to front (rider's) left portion of the bike, including | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | windshield/fairing, handlebars, front fender, crash bars, and front fork suspension, back (rider's) left saddle bag and passenger back rest; custom paint job-Blurry (Russell Depo Exhibit 13) | | | | | |
| 13J | | Photograph of damage to back (rider's) right portion of the bike, including upper storage compartment, back (rider's) right saddle bag, rear view of passenger back rest, fuel tank, and rear view of crash bars; custom paint job-Blurry (Russell Depo Exhibit 13) | | | | | |
| 13K | | Photograph of damage to dashboard, gauges, ignition with lock, handlebars on bike and upper portion of fuel tank with fuel cap; custom paint job-Blurry (Russell Depo Exhibit 13) | | | | | |
| 13L | | Photograph of damage to fuel tank, engine, air filter cover and exhaust on bike; custom paint job-Blurry (Russell Depo Exhibit 13) | | | | | |
| 13M | | Photograph of damage to full (rider's) right side of the bike, including fuel tank, engine, air filter cover, custom exhaust, side view of crash bars, driver and passenger seat, passenger seat back rest, back (rider's) right saddle bag and side view of upper storage compart-ment; custom paint job-Blurry (Russell Depo Exhibit 13) | | | | | |
| 13N | | Photograph of damage to front (rider's) right portion | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | of the bike, including side view of front tire/custom wheel and brake rotor, front fender, headlights, and front (rider's) right crash bar; custom paint job-Blurry (Russell Depo Exhibit 13) | | | | | |
| 13O | | Photograph of damage to front (rider's) left portion of the bike, including front fender, windshield/fairing, headlights, crash bar, front view of passenger back rest, and (rider's) left saddle bag; custom paint job (Russell Depo Exhibit 13) | | | | | |
| 13P | | Photograph of damage to back (rider's) left side of the bike, including rear aftermarket fender, (rider's) left saddle bag compartment, upper storage compartment, rear view of passenger's back rest, rear view of fuel tank with fuel cap, drivers seat, crash bars, and dashboard; custom paint job (Russell Depo Exhibit 13) | | | | | |
| 13Q | | Photograph of damage to lower portion of windshield/fairing on bike, headlights out of alignment and crash bars; custom paint job (Russell Depo Exhibit 13) | | | | | |
| 13R | | Photograph of damage to rear of the bike including back end of both saddle bags and upper storage compartment; custom paint job (Russell Depo Exhibit 13) | | | | | |

| 13S | Photograph of damage to rear (rider's) right portion of the upper storage compartment, rear aftermarket fender and rear of both saddlebags; custom paint job (Russell Depo Exhibit 13) | | | | | |
|---|---|---|---|---|---|---|
| 13T | Photograph of damage to and shift of steering column below odometer and speedometer gauges, includes cruise control switch and Accessory "ACC" switch; custom paint job (Russell Depo Exhibit 13) | | | | | |
| 13U | Photograph of damage to dashboard, including radio, gauges, ignition with lock, odometer, speedometer, steering column, handlebars, upper portion of fuel tank with fuel cap and speakers; custom paint job (Russell Depo Exhibit 13) | | | | | |
| 13V | Photograph of damage to bike body/paint job (Russell Depo Exhibit 13) | | | | | |
| 13W | Photograph of damage to frame/body; custom paint job (Russell Depo Exhibit 13) | | | | | |
| 13X | Photograph of damage to rear fender and rear of (rider's) right saddle bag compartment; custom paint job (Russell Depo Exhibit 13) | | | | | |
| 13Y | Photograph of damage to rear (rider's) left saddle bag compartment; custom paint job (Russell Depo Exhibit 13) | | | | | |

| 13Z | Photograph of damage to (rider's) left crash bar; custom paint job (Russell Depo Exhibit 13) | | | | | |
|------|---|---|---|---|---|---|
| 13 AA | Photograph of damage to dashboard/wind-shield/fairing; custom paint job (Russell Depo Exhibit 13) | | | | | |
| 13 BB | Photograph of damage to (driver's) left portion of the dashboard, in front of handlebars; custom paint job (Russell Depo Exhibit 13) | | | | | |
| 13 CC | Photograph of damage to exhaust leading into Cylinder Head; custom paint job (Russell Depo Exhibit 13) | | | | | |
| 13 DD | Photograph of damage to exhaust leading into Cylinder Head-closer image; custom paint job (Russell Depo Exhibit 13) | | | | | |
| 13 EE | Photograph of damage (crack/bend) in frame (Russell Depo Exhibit 13) | | | | | |
| 13 FF | Photograph of damage to Fairing/windshield/ dashboard bracket from below on (rider's) right side (Russell Depo Exhibit 13) | | | | | |
| 13 GG | Photograph of damage to Bike (Russell Depo Exhibit 13) | | | | | |
| 13 HH | Photograph of damage to Bike (Russell Depo Exhibit 13) | | | | | |
| 13 II | Photograph of damage to front of bike including front facing tire, crash bars, headlights, and windshield/Fairing (Russell Depo Exhibit 13) | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14 | | Photographs of damage to Tent (Russell Depo Exhibit 14) | | | | | |
| 14A | | Photographs of damage to Tent (Russell Depo Exhibit 14) | | | | | |
| 14B | | Photographs of damage to Tent (Russell Depo Exhibit 14) | | | | | |
| 14C | | Photographs of damage to Tent (Russell Depo Exhibit 14) | | | | | |
| 14D | | Photographs of damage to Tent (Russell Depo Exhibit 14) | | | | | |
| 14E | | Photographs of damage to Tent (Russell Depo Exhibit 14) | | | | | |
| 14F | | Photographs of damage to Tent (Russell Depo Exhibit 14) | | | | | |
| 14G | | Photographs of damage to Tent (Russell Depo Exhibit 14) | | | | | |
| 14H | | Photographs of damage to Tent (Russell Depo Exhibit 14) | | | | | |
| 14I | | Photographs of damage to Tent (Russell Depo Exhibit 14) | | | | | |
| 14J | | Photographs of damage to Tent (Russell Depo Exhibit 14) | | | | | |
| 15 | | Letter to David Russell from Fred Falkner of State Farm-Dated August 21, 2013 RE: Electronic funds transfer | R, H, O Prejudicial | | | | |
| 16 | | Letter to David Russell from Michelle Mueller of State Farm-Dated October 16, 2013 RE: Settlement of David Russell's 2012 Harley-Davidson | R, H, O Prejudicial | | | | |
| 17 | | Letter to Fred Falkner from Andrew Nantz-Dated May | R, H, O Prejudicial | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | 27, 2014-Indicating that he represents David Russell | | | |
| 18 | | Letter to Andrew Nantz from Fred Falkner-Dated May 27, 2014-Acknowledging Mr. Nantz's letter of Representation | R, H, O Prejudicial | | |
| 19 | | Letter to Andrew Nantz from Frank Arens of State Farm-Dated December 21, 2016 RE: Andrew Nantz's Demand Letter-Dated November 22, 2016 | R, H, O Prejudicial | | |
| 20 | | Letter to Fred Falkner from Andrew Nantz-Dated November 22, 2016-Demand Letter | R, H, O Prejudicial | | |
| 21 | | Photograph of David Russell on Motorcycle in March 2013 | R, O PI has failed to answer discovery related to PI's alleged activities | | |
| 22 | | Photograph of David Russell's motorcycle taken on August 5, 2013 | R, O PI has failed to answer discovery related to PI's alleged activities | | |
| 23 | | Photograph of David Russell, wearing Paint suit in December 2013 | R, O PI has failed to answer discovery related to PI's alleged activities | | |
| 24 | | Photograph of David Russell standing on deck in July 2009 | R, O PI has failed to answer discovery related to PI's alleged activities | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | | Photograph of David Russell's neck January 2015 | | R, O PI has failed to answer discovery related to PI's alleged activities | | | |
| 26 | | Photograph of David Russell's bike packed and "ready to head home" August 11, 2013 | | R, O PI has failed to answer discovery related to PI's alleged activities | | | |
| 27 | | Photograph of David Russell in auditorium in December 2017 | | R, O PI has failed to answer discovery related to PI's alleged activities | | | |
| 28 | | Coliseum Imaging Center/Regional Imaging- Medical Recs and Aff- 8/15/19 (VNJ0001- VNJ0007) | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 29 | | Coliseum Imaging Center/Regional Imaging- 8/15/2013 Billing Recs and Aff (VNJ0008-VNJ0009) | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 30 | | Coliseum Imaging Center/Regional Imaging- Billing Update-8/15/2013- 4/9/2015 (VNJ0010- VNJ0011) | | H, R, O Foundation, PI has failed to fully answer | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | discovery related to PI's prior medical providers | | | |
| 31 | | Specialists in Sports & Ortho Rehab-Medical Recs and Aff-3/20/14-5/30/14 (VNJ0012-VNJ0081) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 32 | | Specialists in Sports & Ortho Rehab-Medical Recs and Aff-3/20/14-6/23/14 (VNJ0082-VNJ0165) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 33 | | Specialists in Sports & Ortho Rehab-Medical Recs and Aff-9/22/14-9/25/14 (VNJ0166-VNJ0195) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 34 | | Specialists in Sports & Ortho Rehab-Billing Recs and Aff-3/20/14-5/30/14 (VNJ0196-VNJ0208) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |

| | | | | | |
|---|---|---|---|---|---|
| 35 | | Specialists in Sports & Ortho Rehab-Billing Recs and Aff-3/20/14-5/30/14 (VNJ0209-VNJ0226) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | |
| -- | | Specialists in Sports & Ortho Rehab-Billing Recs HEALTH INSURANCE CLAIM FORMS (VNJ0227-VNJ0237) **WILL NOT BE USED AS A TRIAL EXHIBIT-COLLATERAL SOURCE** | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | |
| 36 | | University of Kansas Hospital-Billing Recs and Aff – 2/28/14 (VNJ0238-VNJ0239) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | |
| 37 | | JoCo Orthopedics & Sports Medicine-Medical Recs and Aff (VNJ0240-VNJ0261) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | |
| 38 | | JoCo Orthopedics & Sports Medicine-Billing Recs and Aff- 8/9/13-5/27/14 (VNJ0262-VNJ0263) | H, R, O Foundation, PI has failed to fully answer discovery | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | related to PI's prior medical providers | | | |
| 39 | | KC Spine & Sport-Medical Recs and Aff- (VNJ0264-VNJ0302) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 40 | | KC Spine & Sport-Billing Recs and Aff- (VNJ0303-VNJ0305) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| -- | | Olathe Med Center-Medical Recs and Aff- (VNJ0306-VNJ0413) **WILL NOT BE USED AS A TRIAL EXHIBIT-RECORDS NOT RELATED TO THE ACCIDENT-G.I. RECORDS** | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| -- | | Olathe Med Center-Billing Recs and Aff- (VNJ0414-VNJ0420) **WILL NOT BE USED AS A TRIAL EXHIBIT-RECORDS NOT RELATED TO THE ACCIDENT-G.I. RECORDS** | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | | Carolina Health Specialists/Strand Physicians Specialists-Billing Recs and Aff-8/9/13 (VNJ0421-VNJ0422) | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | |
| 42 | | Grand Strand Regional Med Center-Medical Recs and Aff (VNJ0423-VNJ0452) | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | |
| 43 | | Grand Strand Regional Med Center-Billing Recs and Aff 1/19/14 (VNJ0453-VNJ0456) | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | |
| 44 | | Menorah Med Center-Medical Recs and Aff (VNJ0457-VNJ0491) | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | |
| 45 | | Menorah Med Center-Billing Recs and Aff (VNJ0492-VNJ0494) | | H, R, O Foundation, PI has failed to fully answer discovery | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | related to PI's prior medical providers | | | |
| 46 | | University of KS Physicians-Medical Recs and Aff (VNJ0495-VNJ0510) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 47 | | University of KS Physicians-Billing Recs and Aff (VNJ0511-VNJ0512) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 48 | | United Imaging Consultants-Medical Recs-8/9/13 (VNJ0513-VNJ0518) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 49 | | United Imaging Consultants-Billing Recs and Aff-6/11/14 (VNJ0519-VNJ0520) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | | United Imaging Consultants-Billing Update 1- (VNJ0521-VNJ0524) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 51 | | United Imaging Consultants-Billing Update 2-2/19/14-12/23/14 (VNJ0525-VNJ0527) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 52 | | UPMC Presbyterian Shadyside-Medical Recs and Aff (VNJ0528-VNJ0732) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 53 | | UPMC Presbyterian Shadyside-Billing Recs and Aff-8/9/2013 (VNJ0733-VNJ0737) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 54 | | UPMC Presbyterian Shadyside-Updated records - NO AFFIDAVIT (VNJ0738-VNJ0959) | H, R, O Foundation, PI has failed to fully answer discovery | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | related to PI's prior medical providers | | | |
| 55 | | Raintree Chiro-Medical Recs and Aff-6/27/14 (VNJ0960-VNJ0982) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 56 | | Raintree Chiro-Billing Recs and Aff-8/12/13-8/20/13 (VNJ0983-VNJ0984) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 57 | | Research Med Center-Medical Recs and Aff-8/9/13-5/27/14 (VNJ0985-VNJ1001) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 58 | | Research Med Center-Billing Recs and Aff (VNJ1002-VNJ1005) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 59 | | Providence Med Center-Billing Recs and Aff- 10/28/13-2/3/14 (VNJ1006-VNJ1008) | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 60 | | Providence Med Center-Billing Recs and Aff (VNJ1009-VNJ1011) | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 61 | | Neurosurgery Assoc. of KC-Medical Recs and Aff 2013-6/4/14 (VNJ1012-VNJ1045) | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 62 | | Neurosurgery Assoc. of KC-Billing Recs and Aff 2013-6/4/14 (VNJ1046-VNJ1047) | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 63 | | KCOI-Medical Recs and Aff - 8/13-6/14 (VNJ1048-VNJ1066) | | H, R, O Foundation, PI has failed to fully answer discovery | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | related to PI's prior medical providers | | | |
| 64 | | KCOI-Billing Recs and Aff - 8/13-6/14 (VNJ1067-VNJ1072) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 65 | | Alliance Radiology-Billing Recs and Aff 8/9/13-8/18/14 (VNJ1073-VNJ1074) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 66 | | Tri-State Neuro Assoc. - Medical Recs and Aff (VNJ1075-VNJ1103) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 67 | | Tri-State Neuro Assoc.-Billing Recs and Aff (VNJ1104-VNJ1106) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |

| 68 | | Dr. Steven Robke-Medical Recs and Aff-8/14/13-9/6/13 (VNJ1107-VNJ1163 | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
|---|---|---|---|---|---|---|
| 69 | | Dr. Steven Robke-Record Update 17/8/14-3/7/15 (VNJ1164-VNJ1166) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 70 | | Dr. Steven Robke-Billing Recs and Aff-8/14/13-8/21/14 (VNJ1167-VNJ1226 | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 71 | | Dr. Steven Robke-Billing Update 17/8/14-8/31/14 (VNJ1227-VNJ1229) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 72 | | KC Imaging Center-Medical Recs and Aff-10/28/13-7/8/14 (VNJ1230-VNJ1253) | H, R, O Foundation, PI has failed to fully answer discovery | | | |

| | | | | related to PI's prior medical providers | | | |
|---|---|---|---|---|---|---|---|
| 73 | | KC Imaging Center- Billing Recs and Aff (VNJ1254-VNJ1263) | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 74 | | KC Imaging Center- Itemized Billing Recs- 12/23/14 (VNJ1264- VNJ1265) | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 75 | | University of Pittsburgh Physicians-Medical Recs and Aff -1/3/14 (VNJ1266- VNJ1274) | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 76 | | University of Pittsburgh Physicians-Billing Recs and Aff (VNJ1275-VNJ1283) | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 77 | | Interventional Pain Management-Medical Recs and Aff - 8/9/13-5/2/14 (VNJ1284-VNJ1299) | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | |
| 78 | | Interventional Pain Management-Billing Recs and Aff-2/7/14 (VNJ1300-VNJ1301) | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | |
| 79 | | Centerpoint Ambulatory Surgery Center-Medical Recs and Aff-8/6/14-1/21/15 (VNJ1302-VNJ1352) | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | |
| 80 | | Centerpoint Ambulatory Surgery Center-Billing Recs and Aff- (VNJ1353-VNJ1354) | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | |
| 81 | | Drisko Fee & Parkins-Medical Recs and Aff (VNJ1355-VNJ1363) | | H, R, O Foundation, PI has failed to fully answer discovery | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | related to PI's prior medical providers | | |
| 82 | | Drisko Fee & Parkins-Billing Recs and Aff (VNJ1364-VNJ1365) | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | |
| 83 | | Drisko Fee & Parkins-Billing Recs and Aff (VNJ1366-VNJ1367) | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | |
| 84 | | Jo Co Anesthesiologists-Billing Recs and Aff-9/13/14-2/23/15 (VNJ1368-VNJ1369) | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | |
| 85 | | Olathe Medical Services-Billing Recs and Aff-8/27/13-2/23/15 (VNJ1370-VNJ1372) | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 86 | | Anesthesia Assoc. of KC-Billing Recs and Aff-12/2/14(VNJ1373-VNJ1375) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 87 | | DJO, LLC-Billing Recs and Aff-12/2/14 (VNJ1376-VNJ1377) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 88 | | Dr. Feigenbaum-Medical Recs and Aff -5/12/15 (VNJ1378-VNJ1380) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 89 | | Dr. Feigenbaum-Billing Recs and Aff-5/12/15 (VNJ1381-VNJ1382) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 90 | | KC Pain Center-Billing Recs and Aff-1/1/15-7/7/15 (VNJ1383-VNJ1393) | H, R, O Foundation, PI has failed to fully answer discovery | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | related to PI's prior medical providers | | | |
| 91 | | Catalyst Health Center- Medical Recs and Aff- 4/1/15-8/13/15 (VNJ1394- VNJ1650) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 92 | | Catalyst Health Center- Billing Recs- NO AFFIDAVIT (VNJ1651- VNJ1666) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 93 | | Johnson County Ortho & Sports Medicine- Medical Recs and Aff (VNJ1667- VNJ1698) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 94 | | Johnson County Ortho & Sports Medicine- Medical Recs and Aff (VNJ1699- VNJ1706) | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 95 | | Catalyst Health Center-Medical/Billing Records and Affidavit- 8/13/15-3/28/18 (1707-2079) | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | |
| 96 | | KC Pain Center-Medical/Billing Records and Affidavit (2080-2177) | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | |
| 97 | | Shawnee Mission Medical Center-Medical Records (2178-2203) | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | |
| 98 | | Medical Specials Summary | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | |
| 99 | | Medical Specials Summary with Bills Attached | | H, R, O Foundation, | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 100 | | Summary of Expenses with Bills Attached | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 101 | | Defendant Anderson's Answer to Plaintiff's Petition for Damages (Complaint) | R | | | |
| 102 | | Defendant Anderson's response to Plaintiff's Motion for Partial Summary Judgment | R | | | |
| 103 | | Defendant Edward R. Anderson's Answers to Interrogatories (Set I) | | | | |
| 104 | | Defendant Edward R. Anderson's Answers to Interrogatories (Set II) | | | | |
| 105 | | Defendant Edward R. Anderson's Responses to Requests for Admissions | | | | |

| 106 | Disk 1- Coliseum Imaging Center 8/15/2013 CSP/TSP | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
|------|------|------|------|------|------|
| 107 | Disk 2- Coliseum Imaging Center 8/15/2013 CSP/TSP | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 108 | Disk 3- Kansas City Imaging Center 10/28/2013 MRI Right and Left Shoulder Arthrogram | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 109 | Disk 4- Providence Medical Center 10/28/2013 & 2/3/2014 Shoulder Arthrogram | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 110 | Disk 5- Emergent Care Plus 12/12/2013 CXR | H, R, O Foundation, PI has failed to fully answer discovery | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | related to PI's prior medical providers | | | |
| 111 | | Disk 6- UPMC 1/8/2014 MRI Thoracic Spine | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 112 | | Disk 7- Grand Strand Regional Medical Center 1/9/2014 Cervical Spine 2-3 V AP/LAT | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 113 | | Disk 8- Kansas City Imaging Center 2/3/2014 CXR with Nipple Markers | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 114 | | Disk 9- Kansas City Imaging Center 2/18/2014 CXR C-Spine | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |

| 115 | | Disk 10- Olathe Medical Center 2/19/2014 CT Thorax with Contrast | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 116 | | Disk 11- Menorah Medical Center 2/19/2014 CT Thoracic Spine with Contrast & CR Myelogram Spine Thoracic | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 117 | | Disk 12- Providence Medical Center 12/23/2014 MRI Wrist Arthrograms | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 118 | | Disk 13- Catalyst Health Center 4/1/2015 X-Rays | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 119 | | Disk 14- Coliseum Imaging Center 4/9/2015 MRI Cervical/Thoracic | | H, R, O Foundation, PI has failed to fully answer discovery | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | related to PI's prior medical providers | | | |
| 120 | | Disk 15- Coliseum Imaging Center 4/9/2015 MRI Cervical/Thoracic | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 121 | | Disk 16- Catalyst Health Center 6/28/2017 X-Rays: Lateral Cervical View, AP Thoracic, AP Lumbar, Lateral Lumbar, and 6 Bi-Lateral Shoulder Views (3 views per Shoulder) | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 122 | | Disk 17- Catalyst Health Center 4/23/2018 X-Rays: AP, Lateral, Lateral Flexion, and Lateral Extension Views | | H, R, O Foundation, PI has failed to fully answer discovery related to PI's prior medical providers | | | |
| 123 | | Defendant Edward R. Anderson's Responses to Plaintiff's Request for Production of Documents | | R | | | |
| 124 | | David Russell- Shoulder Surgery Photograph Page 1 (Images 001 - 006) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 125 | | David Russell- Shoulder Surgery Photograph Page 2 (Images 007 - 012) | | | | |
| 126 | | David Russell- Shoulder Surgery Photograph Page 3 (Images 013 - 018) | | | | |
| 127 | | David Russell- Shoulder Surgery Photograph Page 4 (Images 019 - 024) | | | | |
| 128 | | Model of Spine to be Illustrated by Dr. Swaim | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 129 | | MRI Image: (AXL T2- AFR) T3-T4 Disc Protrusion - Herniation vs Large Disc Bulge (5 IMA 4 without Verbiage added) | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 130 | | MRI Image: (AX: T2-AFR) T3-T4 Disc Protrusion - Herniation vs Large Disc Bulge (5 IMA 4 with Verbiage added) | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | not provided exhibit | | |
| 131 | | MRI Image (SAG T2-HAL) of Spine showing T3-T4 Disc Protrusion- Large Disc bulge vs disc Herniation based on Horizontal views AND T10-T11 Disc Bulge (4 IMA 8 with Verbiage added) | | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | |
| 132 | | MRI Image: (SAG T2-HAL)(SAG T2-HAL) of Spine showing T3-T4 Disc Protrusion- Large Disc bulge vs disc Herniation based on Horizontal views AND T10-T11 Disc Bulge (4 IMA 8 without Verbiage added) | | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | |
| 133 | | Colored Illustration of Brachial Plexus to Arm | | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | |
| 134 | | Image of Cadaver showing Brachial Plexus | | H, R, O PI has failed to fully answer discovery related to PI's prior medical | | |

| | | | | providers, and PI has not provided exhibit | | | |
|---|---|---|---|---|---|---|---|
| 135 | | Image of Cadaver showing a labeled view of the Brachial Plexus (With Labels) | | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 136 | | Colored Illustration of Spinal Cord and nerves- Titled "Spinal Nerve Anatomy" | | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 137 | | Colored Illustration of full body showing Nerve Distribution throughout | | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 138 | | Colored Illustration of a Nerve and its parts, and how it passes through the Vertebra | | H, R, O PI has failed to fully answer discovery related to | | | |

| | | | | PI's prior medical providers, and PI has not provided exhibit | | | |
|---|---|---|---|---|---|---|---|
| 139 | | Colored Illustration showing Spinal Nerves and how they communicate/send signals between the spinal cord and the body | | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 140 | | Image of Cadaver showing Spinal Cord Anatomy (Including: Spinal Cord, Dura, Conus Medullaris and Cauda Equina) (With Labels) | | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 141 | | Image of Cadaver showing Spinal Cord and articulated nerves and their parts (With Labels) | | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 142 | | Colored Illustration of Cross Section of Spinal | | H, R, O PI has failed to fully answer | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Cord with Labeled parts and Nerves | | discovery related to PI's prior medical providers, and PI has not provided exhibit | | |
| 143 | | Colored Illustration of the anterior view of the "Spinal Cord Blood Supply" (With Labels) | | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | |
| 144 | | Colored Image of Model showing full-length of Spinal Cord with Articulating Nerves (Labeled) | | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | |
| 145 | | MRI Image of Mr. Russell with "Head extended Backwards; The C4 Vertebra is in good relationship to the C5 Vertebra, the same when the head is in neutral position" (With Verbiage) | | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | |

| | | | | | |
|---|---|---|---|---|---|
| 146 | MRI Image of Mr. Russell with head flexed downward | H, R, O<br>PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 147 | MRI Image of Mr. Russell with "head flexed downward the C4 Vertebra displaces Forward in Relationship to the C5 Vertebra (Anterolisthesis)" (With Verbiage) | H, R, O<br>PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 148 | MRI Image of Mr. Russell with head flexed downward showing the increased angle between the C4 Vertebra and C5 Vertebra (With Verbiage) | H, R, O<br>PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 149 | MRI Image of Mr. Russell with head in Neutral Position | H, R, O<br>PI has failed to fully answer discovery related to PI's prior medical providers, and PI has | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | not provided exhibit | | | |
| 150 | | MRI Image of Mr. Russell with head in Neutral Position showing the C4 Vertebra is not displaces in relationship to the C5 Vertebra (With Verbiage) | | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 151 | | MRI Image of Mr. Russell with head in Neutral Position showing the angle between the C4 Vertebra and the C5 Vertebra is negligible (With Verbiage) | | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 152 | | MRI Image (side-by-side) of C5-C6 Level with Large Disc Herniation into the Spinal Canal with Severe Spinal Cord Compression next to C4-C5 with mild disc bulge (With Verbiage) | | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 153 | | MRI Image showing Large C5-C6 Disc Herniation into the Spinal Canal (With Verbiage) | | H, R, O PI has failed to fully answer discovery related to PI's prior medical | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | providers, and PI has not provided exhibit | | | |
| 154 | | MRI Image showing Spinal Cord Damage "Myelomalacia" (With Verbiage) | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 155 | | MRI Image showing C5-C6 Disc Herniation and Spinal Cord Damage (With Verbiage) | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 156 | | MRI Image (RADAR Sag T2 FSE HR) showing Persistent Post-Operative Spinal Cord Impingement and Persistent signs of Spinal Cord Damage (6 IMA 7 with Verbiage) | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 157 | | MRI Image (AXL T2 AF) showing C5-C6 Disc Herniation and Spinal Cord Damage (8 IMA 17 with Verbiage) | H, R, O PI has failed to fully answer discovery related to | | | |

| | | | | PI's prior medical providers, and PI has not provided exhibit | | | |
|---|---|---|---|---|---|---|---|
| 158 | | MRI Image (AXL T2 AF) showing C5-C6 Disc Herniation and Spinal Cord Damage (9 IMA 18 with Verbiage) | | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 159 | | MRI Image (AXL AF) Showing C5-C6 Disc Herniation and Compressed Spinal Cord (9 IMA 18 with Verbiage) | | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 160 | | MRI Image (RADAR Sag T2 FSE HR) C Spine (6 IMA 7) | | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 161 | | MRI Image (SAG T2 HR) HFS Position (3 IMA 8) | | H, R, O PI has failed to fully answer | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 162 | | MRI Image (AXL T2 AF) HFS Position (9 IMA 18) | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 163 | | MRI Image (AXL T2 AF) HFS Position (9 IMA 18 with Verbiage) | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 164 | | MRI Image (AXL T2 AF) HFS Position (8 IMA 17) | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 165 | | MRI Image (AXL T2 AF) HFS Position (9 IMA 18) | H, R, O | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 166 | | MRI Image (SAG T2HR) HFS Position (3 IMA 10) | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 167 | | MRI Image (Scanogram SCA A) C Spine HFS Position (3 IMA 15) | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 168 | | Dr. Swaim's Report | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has | | | |

| | | | | not provided exhibit | | | |
|---|---|---|---|---|---|---|---|
| 169 | | Any and All of Defendant's Trial Exhibits | | | | | |
| 170 | | BLOW-UPS and/or Colored Illustrations of any trial exhibits marked above | | H, R, O PI has failed to fully answer discovery related to PI's prior medical providers, and PI has not provided exhibit | | | |
| 171 | | Rebuttal Exhibits | | | | | |
| | 400 | Photographs of Plaintiff's motorcycle (Anderson #000024-000068) | | | | | |
| 14-14J | | Photographs of Plaintiff's tent (Anderson #000002, 000004, 000006, 000008, 000010, 000013, 000014, 000017-000019, 000021) | | | | | |
| | 401 | Photographs of scene of accident (Anderson #000086-000093) | | | | | |
| 7,8, 9, 10, 11 | | Photographs of Defendant's vehicle (Anderson Depo Ex Nos. 7-11) | | | | | |
| | 402 | Office note, Larry Harris, M.D., Johnson County Ortho, dated 1/17/12 (VNJ1702-1704) | | | | | |
| | 403 | Electrodiagnostic Study Report and Nerve Conduction Studies, Vito J. Carabetta, M.D., dated 1/18/12 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 404 | Office note, Larry Harris, M.D., Johnson County Ortho, dated 1/23/12 (VNJ1701) | | | | | |
| 405 | Office note, Larry Harris, M.D., Johnson County Ortho, dated 1/24/12 (VNJ1700) | | | | | |
| 406 | Medical records pre-dating accident (not yet produced) | | | | | |
| 407 | MRI report right upper extremity, KC Imaging Center, 10/28/13 (VNJ1233-1234) | | | | | |
| 408 | Office note, Gregory Lynch, M.D., Johnson County Ortho, 11/04/13 (VNJ0241-0243) | | | | | |
| 409 | MRI report right upper extremity, KC Imaging Center, 2/03/14 (VNJ1242) | | | | | |
| 410 | Office note, Paul Arnold, M.D., University of Kansas, 2/18/14 (VNJ0497-0499) | | | | | |
| 411 | Office note, Specialists in Sports and Ortho Rehab, 4/11/14 (VNJ0106-0107) | | | | | |
| 412 | Office note, Specialists in Sports and Ortho Rehab, 4/16/14 (VNJ0110-0116) | | | | | |
| 413 | Office note, Specialists in Sports and Ortho Rehab, 4/28/14 (VNJ0125-0126) | | | | | |
| 414 | Office note, Specialists in Sports and Ortho Rehab, 4/30/14 (VMJ0127-0128) | | | | | |
| 415 | Office note, Specialists in Sports and Ortho Rehab, 5/02/14 (VNJ0129-0135) | | | | | |
| 416 | Office note, Specialists in Sports and Ortho Rehab, 5/09/14 (VNJ0138-0139) | | | | | |
| 417 | Office note, Specialists in Sports and Ortho Rehab, 5/12/14 (VNJ0140-0141) | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 418 | Office note, Specialists in Sports and Ortho Rehab, 5/27/14 (VNJ0148-0149) | | | | |
| | 419 | Office note, Specialists in Sports and Ortho Rehab, 6/02/14 (VNJ0152-0153) | | | | |
| | 420 | MR arthrogram report of right wrist, Providence Medical Imaging, 12/23/14 (VNJ1362) | | | | |
| | 421 | MR arthrogram report of left wrist, Providence Medical Imaging, 12/23/14 (VNJ1363) | | | | |
| | 422 | Office note, Jeffrey M. Bradley, M.D., Drisko, Fee & Parkins, 12/30/14 (VNJ1356-1358) | | | | |
| | 423 | MRI report of thoracic, Coliseum Imaging , 4/09/15 (001710) | | | | |
| | 424 | Office note, Frank Feigenbaum, Pine Creek Surgery, 5/12/15 (VNJ1379-1380) | | | | |
| | 425 | Physical Examination, Catalyst Health, 1/05/17 (001728) | | | | |
| | 426 | Plaintiff's Answers to Defendant's First Interrogatories | | | | |
| | 427 | Plaintiff's Answers to Defendant's Second Interrogatories | | | | |
| | 428 | Plaintiff's Supplemental Answers to Defendant's Second Interrogatories | | | | |
| | 429 | Plaintiff's Responses to Defendant's First Requests for Admissions | | | | |
| | 430 | Plaintiff's Responses to Defendant's First Requests for Production of Documents | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 431 | Plaintiff's Responses to Defendant's Second Requests for Production of Documents | | | | |
| | 432 | Plaintiff's Supplemental Responses to Defendant's Second Requests for Production of Documents, dated June 29, 2018 | | | | |
| | 433 | Plaintiff's Supplemental Responses to Defendant's Second Requests for Documents, dated August 14, 2018 | | | | |
| | 434 | Deposition of David Russell | | | | |
| | 435 | Video recording made at accident scene | | | | |
| | 436 | Video recording made at accident scene | | | | |
| | 437 | Video recording made at accident scene | | | | |
| | 438 | Video recording made at accident scene | | | | |
| | 439 | Telephone records from Sprint Spectrum | | | | |
| | 440 | Bank statement, Bank of America, 7/18/13 to 8/16/13 | | | | |
| | 441 | Bank statement, Bank of America, 8/17/13 to 9/16/13 | | | | |
| | 442 | Bank statement, Commerce Bank, 7/25/13 to 8/23/13 | | | | |
| | 443 | Bank statement, Mainstreet Credit Union, 7/01/13 to 9/30/13 | | | | |
| | 444 | All documents necessary for impeachment or rebuttal | | | | |

<u>OBJECTIONS</u>
R:  Relevancy
H:  Hearsay
A:  Authenticity
O:  Other (specify)

31-326/747094

# Truett L. Swaim, M.D.
## Curriculum Vitae

| | |
|---|---|
| Date of Birth | May 10, 1953 |
| Birthplace: | Chillicothe, Missouri |
| Residence: | 11704 Canterbury<br>Leawood, KS  66211 |
| Office: | 9233 Ward Parkway, Suite 365<br>Kansas City, MO 64114 |
| Professional College: | University of Missouri - Kansas City (1971-1977) |
| Degree: | B.A. Biology, M.D. (1977) |
| Internship: | St. Luke's Hospital - Kansas City, MO (1977-1978) |
| Residency: | Orthopedic Residency - University of Missouri,<br>Kansas City School of Medicine Affiliated Hospitals<br>(1978-1983) |
| Practice: | Blue Springs Orthopedics<br>Blue Springs, MO (1983-1986)<br><br>Jackson County Orthopedics, Inc.<br>Blue Springs, MO (1986-1998)<br><br>Independent Medical Examiners, Inc.<br>Kansas City, MO (1998-present) |
| Board Certification: | National Board of Medical Examiners<br>American Board of Orthopedic Surgery (1988)<br>American Board of Orthopedic Surgery (recertified 1997)<br>American Board of Independent Medical Examiners (1998)<br>American Board of Independent Medical Examiners<br>(recertified 2003) |
| Medical Society<br>Affiliations: | Fellow of the American Academy of Orthopedic Surgeons<br>President of the Kansas City Orthopedics Society (1998)<br>Missouri State Orthopaedic Association<br>Fellow of the American Academy of Disability Evaluating<br>Physicians |