IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID T. RUSSELL, | 4:17CV3085 |
| Plaintiff, | |
| vs. | **MEMORANDUM AND ORDER** |
| EDWARD R. ANDERSON, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Unopposed Motion for Release of Funds (Filing 188). The Court has reviewed the motion and finds it should be granted. Accordingly,

IT IS ORDERED that Plaintiff's Unopposed Motion for Release of Funds (Filing 188) is granted. The Clerk of Court shall disburse the funds as follows:

The Clerk shall pay the $11,601.20 deposited into Court by the defendant, plus any accrued post-judgment interest thereon to "David Russell and The Healy Law Firm" and mailed to:

Michael P. Healy
THE HEALY LAW FIRM, LLC
3640 NE Ralph Powell Road
Lee's Summit, Missouri 64064

Dated this 3rd day of September, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge